IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| AMY BLANKENSHIP, | |
| Plaintiff, | Civil Action No. 3:22-cv-00809 |
| v. | Judge Richardson |
| NISSAN NORTH AMERICA, INC., and MB OF MURFREESBORO NISSAN, LLC, | Magistrate Judge Frensley<br><br>JURY DEMAND |
| Defendants. | |

## JOINT STATUS REPORT

Pursuant Paragraph F of the Initial Case Management Order, ECF No. 21, Plaintiff Amy Blankenship and Defendants Nissan North America, Inc. and MB of Murfreesboro Nissan, LLC (collectively, the "Parties"), hereby provide the following:

1. The Parties have been in regular communication concerning potential settlement of this case and are cautiously optimistic that they can resolve the case in the near term.

2. The Parties have made a good faith attempt to resolve the case.

3. At this time, the Parties believe that mediation may assist in resolving the case.

4. The Parties will set a mediation date on a date no later than December 31, 2023, in an attempt to resolve the case.

5. A Judicial Settlement Conference is not requested at this time.

The Parties respectfully submit this Joint Status Report.

Dated the 27th day of October 2023.

Respectfully submitted,

| MITCHELL & MITCHELL | LEWIS THOMASON, P.C. |
|---|---|
| By:/s/ Jay B. Jackson (by MAM with permission by email 10/24/23) <br> Jay B. Jackson, B.P.R. No. 016745 <br> 106 East College Street <br> Murfreesboro, Tennessee 37130 <br> (615) 896-4211 (telephone) <br> jay@mitchellattorneys.com | By:/s/ Miles A. McDowell <br> Ryan N. Clark, B.P.R. No. 29105 <br> Miles A. McDowell, B.P.R. No. 39356 <br> 424 Church Street, Suite 2500 <br> Post Office Box 198615 <br> Nashville, Tennessee 37219 <br> (615) 259-1366 (telephone) <br> (615) 259-1389 (facsimile) <br> rclark@lewisthomason.com <br> mmcdowell@lewisthomason.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the forgoing Motion has been served upon the counsel for the parties in interest herein by operation of the Court's electronic case filing system:

Jay B. Jackson, Esq.
MITCHELL & MITCHELL
106 East College Street
Murfreesboro, Tennessee 37130
jay@mitchellattorneys.com

*Attorneys for Plaintiff*

Dated the 27th day of October 2023.

/s/ Ryan N. Clark
Ryan N. Clark